# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
### BRIDGEPORT DIVISION

In Re: §
§
480 Bunnell Street, LLC §   Case No. 12-51736
§
Debtor §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

George Roumeliotis, Chapter 7 Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 275,225.00 *(Without deducting any secured claims)* | Assets Exempt: NA |
| Total Distributions to Claimants: 1,103,005.86 | Claims Discharged Without Payment: NA |
| Total Expenses of Administration: 319,700.82 | |

3) Total gross receipts of $ 1,622,480.48  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 199,773.80  (see **Exhibit 2**), yielded net receipts of $ 1,422,706.68  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 3,403,431.16 | $ 1,998,366.88 | $ 1,065,739.27 | $ 1,065,739.27 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 317,972.82 | 317,972.82 | 317,972.82 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | 1,728.00 | 1,728.00 | 1,728.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 1,239.00 | 1,239.00 | 1,239.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 293,114.30 | 46,079.91 | 35,655.50 | 36,027.59 |
| **TOTAL DISBURSEMENTS** | $ 3,696,545.46 | $ 2,365,386.61 | $ 1,422,334.59 | $ 1,422,706.68 |

4) This case was originally filed under chapter 11 on 09/24/2012 , and it was converted to chapter 7 on 07/06/2016 . The case was pending for 26 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/31/2018    By: /s/George Roumeliotis, Chapter 7 Trustee
                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Real estate at 480 Bunnell Street, Bridgeport, CT 06607 | 1110-000 | 1,602,480.48 |
| Overhead and jib cranes | 1229-000 | 20,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 1,622,480.48** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| 480 Bunnell Street, LLC | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-002 | 199,773.80 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 199,773.80** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Brigdgeport Tax Collector | | 14,656.17 | NA | NA | 0.00 |
| | Fairview Investment Fund II LP | 4110-000 | NA | 889,349.72 | 889,349.72 | 889,349.72 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | Fairview Investment Fund II, LP | 4110-000 | 3,359,663.00 | 881,372.89 | 0.00 | 0.00 |
| | Aquarion Water Company of CT | 4120-000 | NA | 113.01 | 113.01 | 113.01 |
| | Water Pollution Control Authority | 4120-000 | NA | 2,425.17 | 2,425.17 | 2,425.17 |
| 1 | Water Pollution Control Authority | 4120-000 | 634.70 | 641.63 | 0.00 | 0.00 |
| 6 | Water Pollution Control Authority | 4120-000 | NA | 750.29 | 0.00 | 0.00 |
| | Fairview Investment Fund II LP | 4210-000 | NA | 20,000.00 | 20,000.00 | 20,000.00 |
| 3 | Bridgeport Tax Collector | 4700-000 | 14,656.17 | 14,656.17 | 0.00 | 0.00 |
| | CT Tax Liens 4, LLC | 4700-000 | NA | 153,851.37 | 153,851.37 | 153,851.37 |
| 5 | CT Tax Liens 4, LLC | 4700-000 | 13,821.12 | 35,206.63 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $ 3,403,431.16 | $ 1,998,366.88 | $ 1,065,739.27 | $ 1,065,739.27 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| George Roumeliotis | 2100-000 | NA | 35,000.00 | 35,000.00 | 35,000.00 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| George Roumeliotis | 2200-000 | NA | 1,615.61 | 1,615.61 | 1,615.61 |
| International Sureties, Ltd. | 2300-000 | NA | 96.57 | 96.57 | 96.57 |
| Bridgeport City Clerk | 2500-000 | NA | 418.00 | 418.00 | 418.00 |
| Union Bank | 2600-000 | NA | 1,423.15 | 1,423.15 | 1,423.15 |
| Clerk, U.S. Bankruptcy Court | 2700-000 | NA | 362.00 | 362.00 | 362.00 |
| City of Bridgeport | 2820-000 | NA | 8,000.00 | 8,000.00 | 8,000.00 |
| State of Connecticut | 2820-000 | NA | 20,000.00 | 20,000.00 | 20,000.00 |
| US Bank as Custodian for Tower DBW | 2820-000 | NA | 65,455.64 | 65,455.64 | 65,455.64 |
| The United Illuminating Company | 2990-000 | NA | 4,714.36 | 4,714.36 | 4,714.36 |
| Roumeliotis Law Group PC | 3110-000 | NA | 40,875.00 | 40,875.00 | 40,875.00 |
| Roumeliotis Law Group PC | 3120-000 | NA | 11.00 | 11.00 | 11.00 |
| Vidal/Wettenstein, LLC | 3510-000 | NA | 80,000.00 | 80,000.00 | 80,000.00 |
| Connecticut Tank Removal, Inc. | 3991-000 | NA | 60,001.49 | 60,001.49 | 60,001.49 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 317,972.82 | $ 317,972.82 | $ 317,972.82 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Prior Chapter Other State or Local Taxes: State Of Connecticut | 6820-000 | NA | 1,728.00 | 1,728.00 | 1,728.00 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ NA | $ 1,728.00 | $ 1,728.00 | $ 1,728.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | State Of Connecticut | 5800-000 | 0.00 | 1,239.00 | 1,239.00 | 1,239.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $ 0.00 | $ 1,239.00 | $ 1,239.00 | $ 1,239.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | All Phase Construction | | 9,831.03 | NA | NA | 0.00 |
| | Champion Engineering | | 17,730.00 | NA | NA | 0.00 |
| | CJ Cleaning 7 Maint, Inc | | 0.00 | NA | NA | 0.00 |
| | Great American Insurance Group | | 6,934.00 | NA | NA | 0.00 |
| | Robert Boynton | | 14,280.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Secretary of State, CT | | 20.00 | NA | NA | 0.00 |
| | Sepro & Hawkins | | 20,000.00 | NA | NA | 0.00 |
| | Travelers Insurance | | 1,472.76 | NA | NA | 0.00 |
| 4 | Fairview Investment Fund II, LP | 7100-000 | 222,846.51 | 34,743.50 | 34,743.50 | 34,743.50 |
| 2 | State Of Connecticut | 7100-000 | NA | 912.00 | 912.00 | 912.00 |
| 8 | The United Illuminating Company | 7100-000 | NA | 10,424.41 | 0.00 | 0.00 |
| | Fairview Investment Fund II, LP | 7990-000 | NA | NA | NA | 350.39 |
| | State Of Connecticut | 7990-000 | NA | NA | NA | 21.70 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 293,114.30 | $ 46,079.91 | $ 35,655.50 | $ 36,027.59 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit 8

| Case No: | 12-51736 | JAM | Judge: | Julie A. Manning | Trustee Name: | George Roumeliotis, Chapter 7 Trustee |
|---|---|---|---|---|---|---|
| Case Name: | 480 Bunnell Street, LLC | | | | Date Filed (f) or Converted (c): | 07/06/2016 (c) |
| | | | | | 341(a) Meeting Date: | 08/19/2016 |
| For Period Ending: | 08/31/2018 | | | | Claims Bar Date: | 11/17/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Real estate at 480 Bunnell Street, Bridgeport, CT 06607 | 860,000.00 | 1,600,000.00 | | 1,602,480.48 | FA |
| 2. People's United Bank checking account | 1,625.00 | 0.00 | | 0.00 | FA |
| 3. Unpaid rent since April 2011 (All Phase Construction) | 270,000.00 | 0.00 | | 0.00 | FA |
| 4. Due from All Phase Construction (Steel WIndow & Door rent) | 3,600.00 | 0.00 | | 0.00 | FA |
| 5. Claims against City of Bridgeport for, inter alia, site impr | Unknown | 0.00 | | 0.00 | FA |
| 6. Overhead and jib cranes (u) | 0.00 | 20,000.00 | | 20,000.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)  $1,135,225.00  $1,620,000.00  $1,622,480.48  $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

This case involved the unusual situation of a confirmed Chapter 11 debtor being converted to Chapter 7. The principal asset was the real estate at 480 Bunnell Street in Bridgeport, CT. The Trustee sold that building as well as some equipment, generating sufficient funds to pay all filed claims in full, and leaving a surplus for the debtor's equity holder. As of 12/31/17, the Trustee was reviewing claims and preparing the final report. The final report was submitted to the United States Trustee for review on 1/15/2018.

RE PROP #   1 --   The amount received on account of this asset was $2,480.48 greater than the $1,600,000.00 sales price due to a credit due back to the estate of that $2,480.48 amount for real estate taxes that were paid at closing, but which were for time periods subsequent to the closing.

RE PROP #   2 --   This was scheduled in the original chapter 11 filing in 2012, but the funds no longer remain.

Initial Projected Date of Final Report (TFR): 12/31/2018     Current Projected Date of Final Report (TFR): 12/31/2018

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 12-51736  
Case Name: 480 Bunnell Street, LLC  
Taxpayer ID No: XX-XXX5834  
For Period Ending: 08/31/2018  

Trustee Name: George Roumeliotis, Chapter 7 Trustee  
Bank Name: Union Bank  
Account Number/CD#: XXXXXX3188  
Checking  
Blanket Bond (per case limit): $19,960,270.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/15/17 | 6 | Industrial Crane and Conveyor LLC<br>PO Box 1875<br>Litchfield, CT 06759 | Deposit from potential buyer on sale of cranes<br>Not separately listed in schedules, but they are on the Debtor's premises and are removable. | 1229-000 | $2,000.00 | | $2,000.00 |
| 04/04/17 | 6 | Industrial Crane and Conveyor, LLC<br>53 Lancaster Drive, Unit 7<br>Beacon Falls, CT 06403 | Payment of balance of purchase price for cranes per Court Order dated 3/24/17 | 1229-000 | $18,000.00 | | $20,000.00 |
| 04/14/17 | 1001 | LP Fairview Investment Fund, II<br><br>c/o Rosann Harris, Director of Loan Servicing<br>Fairview Partners Investment Management LLC<br>119 S. Main Street, Suite 410<br>Seattle, WA 98104 | Payment toward secured claim per Court Order dated March 24, 2017 (Doc. ID 315)<br>Reversal<br>Payee was incorrectly showing on ledger (had LP before the name instead of after); check was never printed | 4210-000 | | ($20,000.00) | $40,000.00 |
| 04/14/17 | 1001 | LP Fairview Investment Fund, II<br><br>c/o Rosann Harris, Director of Loan Servicing<br>Fairview Partners Investment Management LLC<br>119 S. Main Street, Suite 410<br>Seattle, WA 98104 | Payment toward secured claim per Court Order dated March 24, 2017 (Doc. ID 315) | 4210-000 | | $20,000.00 | $20,000.00 |
| 04/14/17 | 1002 | Fairview Investment Fund II LP<br><br>c/o Rosann Harris<br>Director of Loan Servicing<br>Fairview Investment Fund II LP<br>119 S. Main Street, Suite 410<br>Seattle, WA 98104 | Payment toward secured claim per Court Order dated March 24, 2017 (Doc. ID 315) | 4210-000 | | $20,000.00 | $0.00 |
| 04/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | ($15.00) |
| 05/01/17 | | Union Bank<br>1980 Saturn Street<br>Monterey Park, CA 91755 | Reversal of cash management fee (account had zero balance--bank took fee in error) | 2600-000 | | ($15.00) | $0.00 |

Page Subtotals: $20,000.00    $20,000.00

FORM 2
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 12-51736 | Trustee Name: | George Roumeliotis, Chapter 7 Trustee |
|---|---|---|---|
| Case Name: | 480 Bunnell Street, LLC | Bank Name: | Union Bank |
| | | Account Number/CD#: | XXXXXX3188 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX5834 | Blanket Bond (per case limit): | $19,960,270.00 |
| For Period Ending: | 08/31/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/16/17 | | Sharon Holdings, Inc.<br>222 Selleck Street<br>Stamford, CT 06902<br>c/o William Petroccio, Esq.<br>Q&R Associates, LLC<br>1 Post Road<br>Fairfield, CT 06824<br>(funds wired from First American Title Ins. Co.) | Net proceeds from sale of property at 480 Bunnell Street, Bridgeport, CT, per Court Order dated 2/24/17 (Doc ID 304) | | $1,352,217.29 | | $1,352,217.29 |
| | | | Gross Receipts   $1,602,480.48 | | | | |
| | | US Bank as Custodian for Tower DBW<br>50 South 16th Street, Suite 2050<br>Philadelphia, PA 19102<br>(current holder of real estate tax liens for 2 tax years) | Real estate taxes   ($65,455.64) | 2820-000 | | | |
| | | City of Bridgeport<br>45 Lyon Terrace, Room 123<br>Bridgeport, CT 06604 | Real estate transfer tax (0.50% on commercial property)   ($8,000.00) | 2820-000 | | | |
| | | State of Connecticut<br>Department of Revenue<br>PO Box 5035<br>Hartford, CT 06102 | Real estate transfer tax (1.25% on commercial property)   ($20,000.00) | 2820-000 | | | |
| | | Aquarion Water Company of CT<br>PO Box 702<br>Bridgeport, CT 06601-2354 | Unpaid water use charges   ($113.01) | 4120-000 | | | |
| | | Bridgeport City Clerk<br>45 Lyon Terrace, Room 204<br>Bridgeport, CT 06604 | Recording fees for recording 3 releases, sale order, 2 affidavits   ($418.00) | 2500-000 | | | |
| | | CT Tax Liens 4, LLC<br>c/o Green Law, PC<br>11 Talcott Notch Road<br>Farmington, CT 06032 | Real estate taxes   ($153,851.37) | 4700-000 | | | |
| | | Water Pollution Control Authority<br>695 Seaview Avenue<br>Bridgeport, Ct 06607 | Past Due Sewer Use Charges   ($2,425.17) | 4120-000 | | | |
| | 1 | | Real estate at 480 Bunnell Street, Bridgeport, CT 06607   $1,602,480.48 | 1110-000 | | | |

Page Subtotals:   $1,352,217.29   $0.00

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 12-51736 | Trustee Name: | George Roumeliotis, Chapter 7 Trustee |
|---|---|---|---|
| Case Name: | 480 Bunnell Street, LLC | Bank Name: | Union Bank |
| | | Account Number/CD#: | XXXXXX3188 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX5834 | Blanket Bond (per case limit): | $19,960,270.00 |
| For Period Ending: | 08/31/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/16/17 | 1003 | Fairview Investment Fund II LP<br><br>c/o Rosann Harris<br>Director of Loan Servicing<br>Fairview Investment Fund II LP<br>119 S. Main Street, Suite 410<br>Seattle, WA 98104 | Payoff of secured claim from sale of real estate at 480 Bunnell Street, Bridgeport, CT, per Court Order dated 2/24/17 (Doc. ID 304) | 4110-000 | | $889,349.72 | $462,867.57 |
| 06/16/17 | 1004 | Vidal/Wettenstein, LLC<br>719 Post Road East<br>Westport, CT 06880 | Payment of Real Estate Commission per Court Order dated 2/24/17 (Doc. ID 304) | 3510-000 | | $80,000.00 | $382,867.57 |
| 06/23/17 | 1005 | Connecticut Tank Removal, Inc.<br>118 Burr Court<br>Bridgeport, CT 06605 | Payment of Allowed compensation per Court Order dated 6/23/17 (Doc. ID 337) | 3991-000 | | $60,001.49 | $322,866.08 |
| 09/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $479.88 | $322,386.20 |
| 10/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $464.26 | $321,921.94 |
| 11/22/17 | 1006 | International Sureties, Ltd.<br>701 Poydras Street, Suite 420<br>New Orleans, LA 70139 | Payment of 2017-2018 Blanket Bond #016027937 | 2300-000 | | $96.57 | $321,825.37 |
| 11/27/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $479.01 | $321,346.36 |
| 03/19/18 | 1007 | George Roumeliotis<br>157 Church Street, 19th Floor<br>New Haven, CT 06510 | Distribution | | | $36,615.61 | $284,730.75 |
| | | George Roumeliotis | Final distribution representing a payment of 100.00 % per court order.    ($35,000.00) | 2100-000 | | | |
| | | George Roumeliotis | Final distribution representing a payment of 100.00 % per court order.    ($1,615.61) | 2200-000 | | | |
| 03/19/18 | 1008 | Clerk, U.S. Bankruptcy Court<br>Brien McMahon Federal Building<br>915 Lafayette Boulevard<br>Bridgeport, CT 06604 | Final distribution representing a payment of 100.00 % per court order. | 2700-000 | | $362.00 | $284,368.75 |

Page Subtotals:    $0.00    $1,067,848.54

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 12-51736
Case Name: 480 Bunnell Street, LLC
Taxpayer ID No: XX-XXX5834
For Period Ending: 08/31/2018

Trustee Name: George Roumeliotis, Chapter 7 Trustee
Bank Name: Union Bank
Account Number/CD#: XXXXXX3188
Checking
Blanket Bond (per case limit): $19,960,270.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/19/18 | 1009 | The United Illuminating Company<br>100 Marsh Hill Road<br>Orange, CT 06477 | Final distribution to claim 9 representing a payment of 100.00 % per court order. | | 2990-000 | | $535.92 | $283,832.83 |
| 03/19/18 | 1010 | The United Illuminating Company<br>100 Marsh Hill Road<br>Orange, CT 06477 | Final distribution to claim 10 representing a payment of 100.00 % per court order. | | 2990-000 | | $4,178.44 | $279,654.39 |
| 03/19/18 | 1011 | Roumeliotis Law Group PC<br>157 Church Street<br>19th Floor<br>New Haven, CT 06510 | Distribution | | | | $40,886.00 | $238,768.39 |
| | | Roumeliotis Law Group PC | Final distribution representing a payment of 100.00 % per court order. | ($40,875.00) | 3110-000 | | | |
| | | Roumeliotis Law Group PC | Final distribution representing a payment of 100.00 % per court order. | ($11.00) | 3120-000 | | | |
| 03/19/18 | 1012 | State Of Connecticut<br>Department Of Revenue Services<br>Collections Unit-Bankruptcy Team<br>450 Columbus Blvd., Suite 1<br>Hartford, CT  06103-1837 | Final distribution to claim 7 representing a payment of 100.00 % per court order. | | 6820-000 | | $1,728.00 | $237,040.39 |
| 03/19/18 | 1013 | State Of Connecticut<br>Department Of Revenue Services<br>Collections Unit-Bankruptcy Team<br>450 Columbus Blvd., Suite 1<br>Hartford, CT  06103-1837 | Final distribution to claim 2 representing a payment of 100.00 % per court order. | | | | $1,251.50 | $235,788.89 |
| | | | | ($12.50) | 7990-000 | | | |
| | | State Of Connecticut | Final distribution to claim 2 representing a payment of 100.00 % per court order. | ($1,239.00) | 5800-000 | | | |
| 03/19/18 | 1014 | State Of Connecticut<br>Department Of Revenue Services<br>Collections Unit-Bankruptcy Team<br>450 Columbus Blvd., Suite 1<br>Hartford, CT  06103-1837 | Final distribution to claim 2 representing a payment of 100.00 % per court order. | | | | $921.20 | $234,867.69 |

Page Subtotals: $0.00 $49,501.06

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 12-51736
Case Name: 480 Bunnell Street, LLC
Taxpayer ID No: XX-XXX5834
For Period Ending: 08/31/2018

Trustee Name: George Roumeliotis, Chapter 7 Trustee
Bank Name: Union Bank
Account Number/CD#: XXXXXX3188
Checking
Blanket Bond (per case limit): $19,960,270.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | | ($9.20) | 7990-000 | | | |
| | | State Of Connecticut | Final distribution to claim 2 representing a payment of 100.00 % per court order. ($912.00) | 7100-000 | | | |
| 03/19/18 | 1015 | Fairview Investment Fund II, LP C/O Eric S. Goldstein, Esq. Shipman & Goodwin, LLP One Constitution Plaza Hartford, CT 06103-1919 | Final distribution to claim 4 representing a payment of 100.00 % per court order. | | | $35,093.89 | $199,773.80 |
| | | | ($350.39) | 7990-000 | | | |
| | | Fairview Investment Fund II, LP | Final distribution to claim 4 representing a payment of 100.00 % per court order. ($34,743.50) | 7100-000 | | | |
| 03/19/18 | 1016 | 480 Bunnell Street, LLC c/o Bunnell Investments, LLC, sole member c/o Roberta Napolitano, Esq., Receiver of Bunnell Investments, LLC Ignal, Napolitano & Shapiro 350 Fairfield Ave # 401 Bridgeport, CT 06604 | Distribution of surplus funds to debtor. | 8200-002 | | $199,773.80 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $1,372,217.29 | $1,372,217.29 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $1,372,217.29 | $1,372,217.29 |
| Less: Payments to Debtors | $0.00 | $199,773.80 |
| Net | $1,372,217.29 | $1,172,443.49 |

Page Subtotals: $0.00    $234,867.69

UST Form 101-7-TDR (10/1/2010) (Page: 13)

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX3188 - Checking | $1,372,217.29 | $1,172,443.49 | $0.00 |
| | $1,372,217.29 | $1,172,443.49 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $250,263.19 |
| Total Net Deposits: | $1,372,217.29 |
| Total Gross Receipts: | $1,622,480.48 |

Page Subtotals: $0.00   $0.00